United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 3, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-41056
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BENJAMIN LAZARO-BELTRAN,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:05-CR-1177-ALL
--------------------

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Benjamin Lazaro-Beltran (Lazaro) appeals the 24-month
sentence he received following his guilty-plea conviction for
possessing with the intent to distribute more than 50 kilograms
of marijuana, in violation of 21 U.S.C. § 841(a). He challenges
the presumption of reasonableness that attaches to a sentence
imposed within a properly calculated guidelines range, relying on
the Supreme Court's grant of certiorari in Rita v. United States,
127 S. Ct. 551 (2006). After the parties filed their briefs in
the instant case, the Supreme Court issued its decision, holding

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

that a court of appeals may apply a presumption of reasonableness to a properly calculated guideline sentence.  Rita v. United States, __ S.Ct. __, 2007 WL 1772146 (2007).  Accord United States v. Alonzo, 435 F.3d 551, 554 (5th Cir. 2006) (applying presumption of reasonableness to properly calculated guideline sentence).

Lazaro's sentence is within a properly calculated advisory guideline range and entitled to great deference.  See United States v. Mares, 402 F.3d 511, 520 (5th Cir. 2005).  Giving such deference to Lazaro's sentence, we conclude that Lazaro has failed to rebut the presumption that his sentence is reasonable.  Alonzo, 435 F.3d at 554.  The judgment of the district court is AFFIRMED.